WESLEY EDWARDS, ET ALS., PLAINTIFFS, v. JERRY LEO-
POLDI, ET AL., DEFENDANTS-PETITIONERS, UNITED
ELECTRICAL RADIO & MACHINE WORKERS OF
AMERICA, INTERVENOR-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 20 *N. J. Super.* 43.

*Messrs. Kapelsohn, Lerner, Leuchter & Reitman* for the
petitioners.

*Messrs. Gross & Blumberg, Mr. Morton Stavis* and *Mr.
William Rossmoore* for the respondent.

October 20, 1952.   Denied.